**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  12-cv-01748-LTB-MJW

DAVID MCCLEARY,

        Plaintiff,

v.

ALLIED INTERSTATE LLC, a Minnesota limited liability company,

        Defendant.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal With Prejudice (Doc 5 - filed July 30, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                              BY THE COURT:

                                s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED:   July 31, 2012